■    SOLOMON H. SHAPIRO, Respondent, v. CITY OF NEW YORK et al., Appellants.— Order, entered on or about December 20, 1963, denying the motions of defendants to dismiss the complaint for failure to prosecute pursuant to 3216 of the Civil Practice Law and Rules, unanimously reversed, on law and on the facts, and in the exercise of discretion, with $20 costs and disbursements to appellants, and the motions to dismiss the complaint granted, with $10 costs. In this 1959 action for conspiracy, unlawful competition, and patent infringement, relating to events between 1934 and 1956, plaintiff fails to justify sufficiently the inordinate delay or to establish, except by way of bald conclusions, that his cause of action has adequate merit (see *Sortino* v. *Fisher*, 20 A D 2d 25).    Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■    LORRAIN DAWSON v. KENNETH SHERWOOD.— Motion to review and modify order of the Supreme Court, New York County, dismissed as unauthorized under 5704 of the Civil Practice Law and Rules. The attorney's remedy in this case is by appeal. The order is one granted pursuant to section 474 of the Judiciary Law and is an order on notice and not ex parte. (See *Liss* v. *McCrory Stores Corp.*, 7 A D 2d 738.)    Concur — Valente, J. P., Stevens, Eager and Steuer, JJ.